# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2018

## NO. 03-17-00037-CV

**Texas Board of Chiropractic Examiners; Patricia Gilbert, in her Official Capacity as the Board's Executive Director; and Texas Chiropractic Association, Appellant**

**v.**

**Texas Medical Association, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND;
JUSTICE PEMBERTON NOT PARTICIPATING
AFFIRMED IN PART; REVERSED AND RENDERED IN PART—
OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on October 19, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses that portion of the trial court's judgment that declares that the use of "diagnosis" in section 78.13(d) exceeds the scope of chiropractic practice and is void. We affirm the trial court's judgment in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.